### MAUDE BANKS v. THE STATE.

#### No. 4603.   Decided October 17, 1917.

**Local Option—Indictment—Practice on Appeal.**

Where, upon appeal from a conviction of a violation of the local option law, the record showed a valid indictment, the judgment will be affirmed, in the absence of bills of exceptions and statement of facts.

Appeal from the District Court of Collin.   Tried below before the Hon. C. T. Freeman.

Appeal from a conviction of a violation of the local option law; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

MORROW, JUDGE.—This appeal is from a verdict and judgment condemning appellant to confinement in the penitentiary for a period of two years for the offense of selling intoxicating liquors in territory in which such sale is prohibited.

The prosecution is founded upon a valid indictment, and the record contains neither bills of exception nor statement of facts.   There being no error disclosed the judgment is affirmed.

*Affirmed.*